**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| George H. Rudebusch and Rebecca Garrison,<br><br>  Plaintiffs,<br><br>  v.<br><br>State of Arizona, et al.,<br><br>  Defendants. | CIV-07-8087-PCT-SMM<br><br>**ORDER** |

Before the Court is Plaintiffs' Motion for Extension of Time to Serve Complaint (Dkt. 9). Plaintiffs electronically filed this action on August 29, 2007, alleging discrimination on the part of Defendants (Dkt. 1). Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiffs had 120 days after the filing of the Complaint to effect service of the summons and complaint, or until December 27, 2007. By Order dated September 20, 2007, the Court notified Plaintiffs that it "shall dismiss this action without further notice to the Plaintiff with respect to any Defendant named in the Complaint that is not served in accordance with Rule 4 of the Federal Rules of Civil Procedure within that 120 day period" (Dkt. 8).

On December 27, 2007—the deadline for service—Plaintiffs filed this motion requesting additional time to serve Defendant Northern Arizona University ("NAU"). Plaintiffs state attempts to serve NAU were unsuccessful because the Administrative Office of NAU was closed for the holidays until January 2, 2007, and Plaintiffs were unable to locate anyone else authorized to accept service.

A court is required to extend the time for service "if the plaintiff shows good cause for

the failure" to effectuate service within the 120-day time limit.  Fed. R. Civ. P. 4(m).  Plaintiffs waited until the last minute to serve NAU, knowing full well that educational institutions recess over the holidays.  As a result, the Court finds that good cause has not been shown for Plaintiffs' failure to serve Defendants in this matter and Plaintiff's motion is denied.

Accordingly,

**IT IS HEREBY ORDERED** denying Plaintiffs' Motion for Extension of Time to Serve Complaint (Dkt. 9).  This action is dismissed without prejudice as against Defendant Northern Arizona University.

DATED this 11th day of January, 2008.

_____
Stephen M. McNamee
United States District Judge