**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| George H. Rudebusch and Rebecca Garrison,<br><br>         Plaintiffs,<br><br>    v.<br><br>State of Arizona, et al.,<br><br>         Defendants. | CIV-07-8087-PCT-SMM<br><br>**ORDER** |

Based upon the Stipulation to Dismiss with Prejudice filed by the parties (Dkt. 16), and good cause appearing therefore,

**IT IS HEREBY ORDERED** dismissing this matter with prejudice with each party to bear their own attorney's fees and costs incurred in this matter.

**IT IS FURTHER ORDERED** denying as moot Defendants' Motion to Dismiss (Dkt. 14).

**IT IS FURTHER ORDERED** denying as moot Defendants' Motion to Consolidate Cases (Dkt. 15).

DATED this 11th day of February, 2008.

Stephen M. McNamee
United States District Judge